

**THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION**

**Addendum to Electronic Scheduling Order
for Jury Trial**

Welcome you to the Lake Charles Division of the Western District of Louisiana. If you have any questions about the rules or deadlines in this order, or wish to contact our office, please do not hesitate to contact Magistrate Judge Kathleen Kay by calling 337-437-3874, faxing to 337-437-8264, e-mailing to Kathleen_Kay@lawd.uscourts.gov, or mailing to 611 Broad Street, Suite 209, Lake Charles, Louisiana, 70601.

At present there is no Article III judge assigned to your case. Nevertheless we have set a trial date for you and you will proceed as indicated in this Scheduling Order according to the deadlines set forth in the Electronic Scheduling Order to which this is attached unless and until you are ordered to do otherwise.

**I.      This ORDER supersedes any and all prior scheduling orders in this case.**

This order is issued in conjunction with and as an Addendum to the Scheduling Order to which it is attached and is intended to provide further clarification of the deadlines set forth therein.

**II.     Schedule and Deadlines:**

Your trial date, pretrial date, and other deadlines are identified on the Scheduling Order to which this is attached. When considering those dates, please keep in mind the following:

   A.   **Motions**: All dispositive motions must be filed no later than 90 days before trial. Motions to compel discovery, *Daubert* motions and motions *in limine* shall be filed no later than 45 days before trial. Motions other than *Daubert* and *in limine* shall be filed at least 28 days before trial. Parties may seek leave of court to file these motions untimely, which request may be granted upon a showing of good cause.

   Oral argument on motions is not automatic. Parties may ask the court to entertain oral argument and the court may set oral argument on motion or *sua sponte* at its discretion.

B. **Discovery:** Although the court sets no specific deadline for completion of discovery, the parties will note that Motions to Compel must be filed no later than 45 days before trial absent leave of court.  The Court will not grant Motions to Compel discovery that is not due at the time the motion is filed; accordingly, parties must seek written discovery allowing adequate time for response.  The Court will not consider motions for protective orders filed later than 28 days before trial.

C. **Expert Reports**: Plaintiff shall furnish to defendant the names and written reports of any physician or other expert witness plaintiff intends to call no later than 75 days before trial.  Defendant shall furnish to plaintiff the names and written reports of any physician or other expert witness defendant intends to call no later than 60 days before trial.

D. **Pretrial Statements:** Each party's pretrial statement is due not later than 28 days before trial.  Please prepare a "Pretrial Statement" in a format similar to and containing the information set forth in the "Suggested Form Pretrial Statement" found on the court's website and also hyperlinked to the Electronic Scheduling Order to which this document is also linked.

E. **Witness Lists:** Each party's pretrial statement shall identify all witnesses; "will call" witnesses (as opposed to those a party *may* call) must be particularly identified.  *Impeachment witnesses need not be identified.*

F. **Exhibit Lists:** Each party's pretrial statement shall include a list of exhibits at least 28 days in advance of trial and copies of those exhibits are to be produced to opposing counsel if they have not already been produced.   Exhibits not listed will be excluded from trial absent good cause shown and lack of prejudice to opposing parties.

G. **Copies of Exhibits:** If copies of original documents are to be substituted for trial exhibits, the copies must be presented at the time the original is introduced at trial. Exhibits must be properly identified.  Should you intend to present electronic exhibits, please deliver your files on CD-ROM or other appropriate media to the Clerk of Court seven days before trial to ensure that your presentation is compatible with our equipment.

H. **Real Time glossary:** Seven days before trial, each party should deliver a Real Time glossary to the court reporter to create a job dictionary specific to this case.  The glossary should contain all proper names, nicknames, acronyms, technical terms, and cited case law which may be mentioned in this case.  In addition to the glossary, you may attach documents which may be helpful in this respect, such as witness lists, expert reports, curriculum vitae, or deposition key word indexes.   Please see an example of a Real Time glossary and suggested attachments on our website at www.lawd.uscourts.gov or contact the court reporter foe specific requirements.  This glossary is not to be filed and need not

be disclosed to opposing counsel.

### III. **Informal Dispute Resolution:**

The parties are encouraged to contact the Court at any time in the process if the parties believe that court intervention would help resolve any dispute, including settlement of the entire proceeding. See Section VIII, "Communicating with the Court," for contact guidelines and information.

### IV. **Pretrial Conference:**

Your pretrial conference is scheduled as set forth on the Scheduling Order to which this is attached before Magistrate Kay in Chambers.  Please be prepared to discuss procedural questions, evidentiary problems, and any other issues of which the Court should be aware and that could assist the District Judge to whom your case will ultimately be assigned in preparing the docket for trial.

The Court prefers lead counsel for each party attend this conference in person.  Should counsel have a conflict with the date and time set forth above, the counsel having the conflict is to initiate a telephone call with opposing counsel and chambers to select and date and time convenient to all.  If exigent circumstances present themselves, counsel may be given special leave to participate by telephone.

### V. **Continuances:**

A. **Trial Date:** Continuing a trial date resets all deadlines established in Section II (above) unless a new order is issued which would supersede this order.  New deadlines are calculated from the new trial date.  Any material previously submitted in compliance with Section II does not need to be duplicated to comply with the new deadlines, unless there is a need to amend or supplement.

B. **Pretrial Conference:** A trial continuance automatically upsets the pretrial conference date, which will then be rescheduled.

### VI. **Filing Instructions:**

E-Filing is mandatory in the Western District of Louisiana.  In an emergency, printed materials may be filed with the Clerk of Court's Office in any division of the Western District.

### VII. **Extensions:**

No deadline will be extended unless for good cause and only in the interest of justice.

### VIII. <u>Communicating with the Court:</u>

Notwithstanding mandatory e-filing here in the Western District of Louisiana, the parties are welcome to contact the Court by telephone, fax, regular or e-mail. All electronic communication must be copied to opposing counsel and any telephone conference must include all parties involved.

THUS DONE AND SIGNED in Chambers, Lake Charles, Louisiana, the date on which was issued the docket entry to which this is attached.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

_____   :   **CIVIL ACTION NO.** _____

**VERSUS**                                  :   **JUDGE** _____

_____   :   **MAGISTRATE JUDGE KAY**

**SUGGESTED FORM PRETRIAL STATEMENT**

Counsel for each party is to electronically file a pretrial statement on or before the date provided in the Pretrial Scheduling Order. The parties may combine their statement if they wish and need not duplicate information on which they agree but each party is to provide the following information:

1. Statement of Jurisdictional Basis.
2. Additional Pleadings to be Filed Prior to Trial.
3. Pending Motions.
4. Brief Summary of Case.
5. Issues of Fact.
6. Issues of Law.
7. List of Witnesses.  "Will Call" witnesses are to be identified with particularity including names, telephone numbers, addresses, and e-mail addresses. Impeachment witnesses need not be identified.
8. List of Exhibits. Any party having an objection to any exhibit must file a formal objection at least fourteen (14) days prior to trial.
9. List of Depositions. The list should identify what depositions will be used in whole. Any deposition to be offered in part should include in its listing a designation of what pages and line numbers will be offered. Any opposing party objecting to use of a deposition in whole or in part must file a formal objection at least fourteen (14) days prior to trial.
10. Stipulations.
11. Estimated Length of Trial.
12. Other Matters About Which the Trial Court Should be Aware.